UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No.   08-CR-221-B-W** |
| | ) | |
| **JOSHUA AMENKOWICZ** | ) | |

**GOVERNMENT'S MOTION TO DISMISS INDICTMENT**

NOW COMES the United States of America, by and through Paula D. Silsby, United States Attorney for the District of Maine, and Nancy Torresen, Assistant United States Attorney, and seeks leave of the Court to dismiss the Indictment in this case under Rule 48(a) of the Federal Rules of Criminal Procedure for the reason that continued prosecution of this matter is not in the best interest of justice.  The Government has recently learned information which impacts the Government's ability to prove the mens rea element of the crime.  The Government has contacted counsel for the Defendant, and he has no objection to this motion.

Dated:  June 12, 2009                                                             Respectfully submitted,

                                                                                                PAULA D. SILSBY
                                                                                                United States Attorney

                                                                                                **/s/ NANCY TORRESEN**

                                                                                                NANCY TORRESEN
                                                                                                Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that on June 12, 2009, I electronically filed Government's Motion to Dismiss Indictment with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

      Wayne R. Foote, Esq., at Wfoote@gwi.net

      Paula D. Silsby
      United States Attorney

      /s/ **Nancy Torresen**

      Nancy Torresen
      Assistant United States Attorney
      United States Attorney's Office
      202 Harlow Street, Room 111
      Bangor, Maine 04401
      (207) 945-0373
      nancy.torresen@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 12, 2009, I sent the above Government's Motion to Dismiss Indictment to:

    **Criminal No.   08-107-B-W**

    Paula D. Silsby
    United States Attorney

    /s/ Nancy Torresen
    Assistant United States Attorney
    United States Attorney's Office
    Margaret Chase Smith Federal Bldg.
    202 Harlow Street, Rm. 111
    Bangor, ME 04401
    (207) 945-0373
    nancy.torresen@usdoj.gov